THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAD L. SPRINGSTEAD, Appellant. (Appeal No. 2.) [869 NYS2d 816]

Same memorandum as in *People v Springstead* (57 AD3d 1397 [2008]). Present—Scudder, P.J., Martoche, Smith, Peradotto and Pine, JJ.